UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) 1:95-cr-00025-SEB-DKL |
| EUGENE MORRIS STRADER, | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that Eugene Morris Strader's supervised release be modified, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation, and orders that the conditions of the defendant's supervised release be modified to include the following additional condition:

- The defendant shall participate in a cognitive behavior program, such as MoralReconation Therapy (MRT), at the direction of the probation officer and shall abide by the rules of the program.

SO ORDERED.

Date: 2/29/2016

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation and Parole
United States Marshal Service